**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| | ) | |
| **ROGER TEEL,** | ) | **Case No. 19-01547** |
| | ) | |
| Debtor. | ) | **Hon. Judge GOLDGAR** |

**NOTICE OF OBJECTION**

*To the following persons or entities who have been served via electronic notice through ECF:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: stearns_g@lisle13.com

NOW COMES the Debtor, **Roger Teel**, by and through his attorneys, David M. Siegel & Associates, and states as follows:

1)   Trustee Glenn Stearns filed a Motion to Dismiss for Failure to Make Plan Payments in this matter, docket number 25.  The motion is scheduled to be heard on December 11, 2020 at 10:00 AM.

2)   The Debtor objects to this motion and requests that the matter be called.

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before December 9, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  December 9, 2020        /s/ Robert C. Bansfield Jr.
                                                                           Robert C. Bansfield Jr. ARDC #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com